IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE B. ROBINSON, III,<br><br>Defendant. | No. 1:23-CR-0537-2<br><br>Judge John F. Kness |

## ORDER

In-person change of plea proceedings held on 12/4/2024. Defendant was present at the hearing with appointed counsel. Defendant informed of his rights. Defendant withdraws his plea of not guilty and enters a plea of guilty as to Count 2 of the Indictment. The Court accepts the plea and enters judgment of guilty as to Count 2 of the Indictment. Enter Plea Agreement. The case is referred to the Probation Office for preparation of the presentence report. Under 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5). The government must submit its version of the offense to the Probation Office by 12/18/2024. Defendant must submit his version to the Probation Office by 12/26/2024. Failure to submit a version of the offense conduct by those dates may constitute waiver of the right to have such material considered within the PSR, and the probation officer will have the right to make determinations without regard to a defendant's version of the offense conduct submitted after that date. Local Criminal Rule 32.1(e). Sentencing memoranda making objections to the presentence report and discussing 18 U.S.C. §3553(a) factors must be filed (in one combined filing per side) by 2/27/2025. Any responses to be filed by 3/6/2025. Failure to file the memoranda by those deadlines risks waiver of any objections to the presentence report. An in-person sentencing hearing is set for 3/13/2025 at 1:30 P.M. The Probation Office is directed to provide the sentencing recommendation to Defendant Willie B. Robinson, III, counsel for Defendant Willie B. Robinson, III and counsel for the Government. (1:00)

SO ORDERED.

Date: 12/4/2024

_____
JOHN F. KNESS
United States District Judge