# EXHIBIT A

January 5, 2024

Judge Kness
Federal Court

Re: Willie Robinson

     My name is Audrey Jones. I am the mother of defendant, Willie Robinson. I don't know where to begin. Will is the youngest of my four children. I often say he is my headache and my heartache, but always my chocolate chip baby boy, whom I love with all my heart and am glad God gave him to me.

     I say he is my headache because he will wait until the last minute to reach out for help when he needs something and this is frustrating because it is easier to help when it's planned in advance, like with childcare or help with rent or gas money, or to come watch him perform at his show. Of course, that is usually when he needs the childcare, which I'd much rather do. Though I am proud of how hard he's worked to get his music career going. For the last year and half, I have been his Sunday babysitter, so that he can work as a personal trainer, taking care of clients at Xsport/LA Fitness, helping others achieve their fitness goals and prioritize their health. I am also very proud of the hard work he put into obtaining his PT Certification. My grandson (Kyree age 5) always says "Daddy said we need to eat more healthy, to grow big and strong, look at my muscles grandma!". On the other hand, I say he is my heartache because he has broken my heart several times, by not asking for help. Not wanting to be a burden, trying to solve his problems on his own, because his father taught him that is what "men" do, he has made desperate decisions, feeling like he had no other choices.

     I grew up very poor. I was a welfare child. When I became an adult with four kids as a single parent, I was determined that my kids would not suffer or struggle as I did. I worked very hard, sometimes at multiple jobs, to ensure my kids had at least what they needed, food, shelter, clothes and at least a high school degree if not more. I tried to surround them with good role models and made sure they were involved at church. Will witnessed too much of my struggles and tears, and once he graduated high school, decided he did not want me to have to take care of him. While he went to Community College, his siblings had moved out, living in the college dorms or with roommates, so he felt he needed to get out to. I often reminded him, that was not necessary. But I know he was trying to make his way in the world. His mind changed a little when he became at father at the age of 20.

     He made his first desperate money decision just before his 20th birthday and got caught. He worked through that with no further issues during that time. He found a job as a prep cook, while trying to get through his photography and gen ed courses at school. He loves cooking. (His Instagram cooking page is called Noodlegang). Life seemed to move along. He reached out to me for help with the needs of the kids (Carter and Aliyah – two different moms). I was there as often as he needed and as much as I could afford.

     Fast Forward several years, working to get his music career going, he was hanging out with people he thought were trustworthy, as they were followers of his music. As it turned out, there was one in the group he should not have been so trusting of. The situation was bigger than were my limited assets. He further knew he could not depend on help from his father. They had a strained relationship to start. His father and I divorced years earlier due to domestic violence. My

son did not know until he graduated high school that his father use to beat me. They're relationship was hard enough. I didn't want him to know. Will received enough of his father's rage growing up. He did not want to deal with anymore, so he took what he could get.

He has worked hard over the last several years to make his music career a go. My older son is his manager and together, they made good progress, but the industry is saturated, and you truly need money to invest in it. During this time, Will has had two more children that he works to take care of, and teach about life. He does not want to be an absent father, uncle, sibling, grandson, and son. Will loves his children, as many parents do. He has worked to be a better person because of his children. Goldi and Kyree, age 5, affectionately known to us as the "Twins" (two months apart, different moms), adore their daddy. His teenagers Carter (14) and Aliyah (13), as teenagers do, tolerate him, and sometimes even act like they know him in front of their friends when he's telling dad jokes. I help a lot more now than when there were just two grandchildren. Will has career goals, like building his Personal Training clientele up to a full supporting source of income and still trying to get a music career to be profitable. But the lack of growth or at least growth at a pace of money now, has led him again to making desperate financial decisions. Which is how he got here, in your courtroom.

Needing money and not wanting to need to ask for help has cost him the most it has ever in his life. It's like he can't envision a future without hardship, so the idea of quick money is an overwhelming temptation. I don't know how to make him see that his situation is never that dire, that he needs to resort to crime to survive. But I also know that the amount of money a person has versus how much a person feels they have can be and often are vastly different to everyone. I help pay his bills, his siblings have assisted him, as has his girlfriend (Goldi's mom). We all do so willingly, because of the kids, because we love him and believe in him and his goals. But it all makes him feel bad for needing help. I don't know how to help him get it in his head that everyone needs help in life. There is nothing to be ashamed of. He has a big heart, an infectious smile, he is a God-fearing man. Will is a daddy, a son, a sibling, a human that makes mistakes and has the best of intentions behind all his desperate decisions. I ask that you take all these things into consideration and allow him one last chance to make a clean start. I have a spare bedroom, that he can move into. That will help some of his financial needs. He recently started with a new company to obtain more clients for Personal Training. If there are other suggestions I can put into place, I am willing. I am a mother who understands her son's desperation of trying to provide for his family.

I could go on for pages, but that would be just me, bragging about him and begging for him. And not productive for my emotions or the court's time. I thank you for taking the time to read my letter and any considerations toward leniency you give. One behalf of my son and grandchildren.

Sincerely,

Audrey    Jones
312-415-6228
Operations Mgr

Planites Credit Union
300 E Randolph St, Chicago IL 60601
312-653-6370