# EXHIBIT B

Your Honor,

My name is Jeffrey Torres, and I am writing on behalf of my younger brother, Willie Robinson III, as he faces sentencing. I humbly ask the court to consider leniency when determining his sentence, as Willie is a man whose character and potential extend far beyond the mistakes he has made.

Willie has faced challenges throughout his life but has consistently demonstrated resilience and a commitment to improving himself and supporting those around him. Before the pandemic, Willie was a dedicated music artist, and his talent and hard work were paving the way for him to transition into music as a full-time career. Unfortunately, the pandemic disrupted his progress, forcing him to reevaluate his path and essentially start over in a new career field.

Despite these setbacks, Willie has worked tirelessly to provide for his family and fulfill his responsibilities. He is a devoted father to his four children, a supportive brother, and a dependable friend. He has also transitioned into the fitness industry, using his journey as a source of motivation and inspiration for others. His dedication to self-improvement and helping those around him highlights his true character.

Growing up, Willie and I both faced challenges, but one of his defining traits has always been his sense of responsibility toward our family and those he cares about. His goal has always been to lift up our family and ensure the people in his life are supported and cared for. Unfortunately, during a difficult time, Willie found himself surrounded by individuals who were not making the best decisions, and he became entangled in those circumstances. However, I firmly believe that these mistakes do not define who he is as a person.

Willie's commitment to his family, his work ethic, and his drive to create a better future for himself and his children show his potential to continue growing as a responsible and contributing member of society. He is a man who is aware of his past and is focused on moving forward in a positive direction.

I sincerely hope the court will take into account Willie's character, his contributions to those around him, and his dedication to bettering his life. Thank you for your time and for considering this request.

Respectfully,
Jeffrey Torres