# EXHIBIT C

From:
Bonnie Trenary
1322 Otto Blvd
Chicago Heights,Il

To:
Honorable Judge Kness
Federal Court
Chicago, IL.

Dear Honorable Judge Kness,
I, Bonnie Trenary am writing this letter on behalf of my stepson Willie Robinson III whom has pled guilty to the charges against him. These charges took me by surprise as the Willie Robinson III I've known has been working hard to take care of his family and this is out of character.
I have known Willie Robinson III since he was a young boy. He lived with his father and I along with his brothers and sister from a young boy until he graduated high school. He always did well in school and found him to be very focused and hardworking. He is very sociable and enjoys spending time with family and friends. He is foremost a very loving father to his four children and tries to do his best for them.
Although this is the doing of Willie Robinson III, I strongly feel Willie Robinson III will become a better person because of this experience. This will highly affect his future for and with his children whom he loves dearly. He is deeply regretful of his behavior and show us he will do right by his children.
I request you consider the time he will receive that it doesn't keep him from his children for long. His youngest children spend so much time with their daddy on a regular basis. They will be entering Kindergarten next school year. His oldest will be going into 8th and 9th grades next school year. Thank you for this consideration.
Sincerely,
Bonnie Trenary

*Bonnie Trenary* (signature)