# EXHIBIT D

Dear Judge Kness,

I am writing this letter on behalf of Mr. Willie Robinson, who currently has a case before you. My name is Joseph Scialabba. I own an Allstate Agency and run a non for profit centered on helping those in addiction find services and housing. I am a single father to an 11 year old girl. In my years with the non for profit I have come across many people who started out with good intentions and ended up down a bad path, due to a variety of circumstances, some beyond their control.

I have know Willie for a number of years now and feel as I can speak on behalf of his good and upstanding character. I believe that Mr. Robinson is a good man who made a bad decision and is deserving of leniency. This year I was diagnosed with some health issue of my own and Mr. Robinson offered free of charge to not only help me plan a gym regimine but would meet with me several times a week to help me through my rehab process. He dedicated much time and energy to stepping up to help me even when I stated I couldn't afford to pay for his services. I believe these actions speak to a high moral character deserving of mercy from this court on his current case before you.

I have seen many manner of people and moral character pass through my non for profit seeking assistance and countless more ask me for help with writing a letter to a court for their charges. Normally I forgo that because I am sure you know that people can be deceptive especially with their backs against the wall. I do not believe that to be the case with Mr. Robinson. I genuinely believe being shown mercy by this court at this time will help him expand his personal training business and be a better father to his children.

Please let me know if you have any questions I may answer beyond this letter

Joseph Scialabba

A Man In Recovery Foundation Board President

708-515-0522

Jscialabba4@allstate.com