# EXHIBIT E

Jesseca Parr
3101 N. Natoma Ave 2N
Chicago, IL 60634

December 20, 2024

Honorable Judge Kness
Chicago, IL

Dear Honorable Judge Kness,

My name is Jesseca Parr, and I am a minister with the order of Jehovah's Witnesses and a payroll coordinator at Swanson, Martin & Bell LLP. I am writing to provide a character reference for Mr. Willie Robinson, who currently has a case pending before you.

I have had the privilege of knowing Mr. Robinson for the past two years, during which time he has been both a trainer and a friend. Throughout our time together, I have observed his dedication to living a healthy lifestyle and his unwavering commitment to helping others improve their lives.

When I first met Mr. Robinson, I was struggling with both my physical and mental health. He offered not only expert guidance but also his personal time to help me reach my goals. Even after I lost my job, Mr. Robinson continued to train me for several months at no charge, ensuring that I did not regress. In his line of work, his time is valuable, yet he chose to offer his services pro bono out of a genuine desire to help others. This selflessness speaks to his strong moral character.

While I fully recognize the seriousness of the current situation, I am confident that this incident does not reflect Mr. Robinson's true character. As a minister, I interact with people from all walks of life, and one common desire they share is the aspiration for a better future. I believe that Mr. Robinson made a lapse in judgment while seeking to improve his life and the lives of his children. However, I trust that with the mercy of the court, he will learn from this experience and continue to be a positive force in society, particularly in his efforts to support others in achieving better health and well-being.

Thank you for taking the time to consider my letter. Please do not hesitate to contact me at (224) 659-8388 or jparr0407@gmail.com if I can provide any further information.

Respectfully,
Jesseca Parr