# EXHIBIT F

**Kenneth J. Ferguson**

1628 W. Nelson St.
Chicago, IL 60657
December 25, 2024

**The Honorable Judge Kness**
[Name of the Court]
[Address of the Court]

Dear Judge Kness,

My name is Kenneth J. Ferguson, and I am writing to you on behalf of Mr. Willie Robinson. I have known Mr. Robinson for over a decade, first as an artist, then as a trainer and student—he being the trainer and I the student. Through this relationship, we have become close friends. Over the last two years, I have had the privilege of training under him, which has placed me on a path toward a healthier lifestyle. Mr. Robinson consistently encourages me to persevere and not give up, helping me make new friends and expand my network. This has made my gym experience more comfortable and positive.

I am writing to respectfully offer my support for Mr. Willie Robinson as he appears before you in court. While I am aware of the seriousness of the charges he faces, I believe that his character, the positive impact he has had on those around him, and his consistent efforts to better himself, should be taken into account.

In addition to the personal impact Mr. Robinson has had on me, I have witnessed firsthand his dedication to the well-being of others. He is a mentor to many at the gym, always going out of his way to support newcomers, foster a sense of community, and encourage healthier lifestyles. He has a reputation for being dependable, compassionate, and committed to helping others grow, both physically and mentally.

I understand that Mr. Robinson is facing serious charges, and I do not wish to excuse any wrongdoings. However, I believe that he has shown genuine remorse for any mistakes he may have made and is committed to moving forward in a positive direction. He continues to use his position as a trainer to uplift and inspire others, and I am confident that he will continue to make amends for any past errors in judgment.

I respectfully request that you take Mr. Robinson's positive contributions to the community and his commitment to self-improvement into consideration as you make your decision. I believe that he has learned from his past and is deserving of an opportunity to continue making a positive impact on those around him.

Thank you for your time and consideration. Please do not hesitate to contact me if you require any further information.

Sincerely,
Kenneth J. Ferguson
[KjFergArtDrop@Gmail.com 773-407-4980]