# EXHIBIT G

Dear Judge Kness,

I am writing this letter on behalf of Willie Robinson, who will be standing before you very soon. My name is Precious English and I am a Social Worker who works closely with trouble based youth/young adults and adults who were once recidivated and now need assistance with education, training and/or employment. I decided to pursue this specific career to better understand the underlying issues within our communities that cause our people to recidivate. I've found that the people in our communities fall victim to high crime environments, poverty and the lack of love and support from family and friends.

I've known Mr. Robinson for 5 years and his character speaks volumes through the way he treats his children, family and friends. I've witnessed Mr. Robinson save up enough money to cover court costs just to see his children regularly due to unforeseen circumstances that were beyond his control. Family means everything to him, as he strives to feed, nurture and love everyone. The integrity on this young man moves mountains and he has been more of a leader/brother to me than my 14 blood big brothers have. I believe Mr. Robinson fell victim to his environment that caused him to make poor decisions in his life.

I believe in second chances and that's why I chose my line of work because I am very optimistic about people changing their lives around instead of believing it's too late. I know that Mr. Robinson is very apologetic for the decisions he has made and with a seed of leniency, I know that he will use that to grow and blossom into the man he's always been destined to become. I am more than willing to help Mr. Robinson with some career and employment opportunities as well on his journey.

I hope that you can grant some leniency towards Mr. Robinson at this time in his life to show you that he's more than capable of being a standup citizen, dad, son, brother and friend.

Best regards,

Precious English