# EXHIBIT H

Dear Judge Kness –

My name is Jeffrey Juhasz. I am the owner of Fullline Printing in Chicago. I have owned a business in Chicago for 40 years. I was introduced to Willie by my wife Cindy, she owns AO Music Records. We have run across Mr. Robinson on several occasion in our life and found him to be a gentlemen, to be kind and respectful.
Willie has helped my wife put together Community Music Events. He performed at the event and helped run the show.

After having discussions with Willie, I learned that he was an athletic trainer and we hired him to train my wife and I at our home.

In our discussions, we learned that he had made some poor decisions in his life and he was trying to rectify the mistakes he had made. He is a dedicated father.

My wife and I support him and wish him good luck.


Jeffrey Juhasz                                          Cindy Juhasz
312.607.4834                                          312.513.2237