# EXHIBIT I

Dear Judge Kness

I am writing to you to provide a character reference for my friend Will. For the entire time I have known him I have witnessed him demonstrate a strong commitment to his family, community, and the values of compassion. He is without question a good man and a responsible father.

I have seen firsthand his dedication to raising his children with love and respect. Will works hard to provide his children with a stable nurturing environment. His actions consistently reflect his deep sense of duty as a parent, and I am confident in his ability to offer his children the guidance they need to grow up.

In addition to his role as a father, Will has been a trusted member of our artistic community. He has demonstrated kindness, generosity, and a willingness to assist others in times of need. Whether it involves volunteering at local events, or helping family and friends with their own personal challenges, his actions are a reflection of his desire to improve the lives of those around him.

I respectfully ask that you take this letter into consideration as you deliberate on Willie Robinson's case.

Thank you for your time and consideration, Judge Kness.

Sincerely,

Michael Calabrese*


*The original version of this letter was handwritten in pencil. The pencil appears only very faintly in a scanned copy of the letter. The letter here is a typed version of the original to ensure legibility.