# EXHIBIT J

From:

Carmella Davis

925 Elder Rd 1N

Homewood, IL.

To:

Honorable Judge Kness

Federal Courts

Chicago, IL.

Dear Honorable Judge Kness,

I, Carmella Davis on behalf of my grandson Willie Robinson III I am writing this letter. My grandson has always worked hard to take care of his family. I was surprised by the charges against him.

My grandson has always been a big help to me starting at a young age. He was a very good student he worked hard on his studies and any job that he worked at. He enjoyed making music and was good at it looking forward to doing it for a career.

My grandson has made an unfortunate mistake and this is something he has to face but I am hopeful that you will be lenient for the sake of his children. He loves them and they're still young and need their father in their lives. Please allow him the time with his children and take this into consideration.

Sincerely,

Carmella Davis

*Carmella Davis*