# EXHIBIT K

From:
Kyle Robinson
Conner Robinson
Carlee Robinson
1322 Otto Blvd
Chicago Heights, IL.
To:
Honorable Judge Kness
Federal Courts
Chicago, IL.

Dear Honorable Judge Kness,
We, Kyle, Conner, and Carlee Robinson, brothers and sister of Willie Robinson III. We're writing this letter on behalf of our brother Willie Robinson III. We all feel the same way about our brother so on his behalf of him we'd like to say we grew up with him and always looked up to him as our older brother. He has always been good to us and would do anything for his family. We see him as a great friend, brother and a loving son and father. He adores his children as we do too. He does his best for them and we know his actions were wrong and that they will affect them. Please take into consideration how his time away from them will affect them. They love their dad so much. Thank you for this consideration.

Sincerely,

Kyle Robinson  *Kyle Robinson*

Conner Robinson  *Conner Robinson*

Carlee Robinson  *Carlee Robinson*